# United States District Court

FILED
LODGED
ENTERED
RECEIVED

## WESTERN DISTRICT OF WASHINGTON

JUN 1 2 2007    LK

| | |
|---|---|
| In the Matter of the Search of any computer accessing electronic message(s) directed to administrator(s) of MySpace account "Timberlinebombinfo" and opening message(s) delivered to that account by the government. | **APPLICATION AND AFFIDAVIT**<br>WESTERN DISTRICT OF WASHINGTON<br>**FOR SEARCH WARRANT** DEPUTY<br><br>CASE NUMBER:<br>M̶J̶ ̶0̶7̶ ̶-̶ ̶0̶8̶8̶<br><br>**FILED UNDER SEAL**<br>*MJ 07 - 5114* |

I, _U.S. FBI Special Agent Norman B. Sanders, Jr.,_ being duly sworn depose and say:

I am a(n) Special Agent with the Federal Bureau of Investigations (FBI), and have reason to believe that ( ) on the person of or (XX) on the property known as (name, description and/or location)

Any computer accessing electronic message(s) directed to administrator(s) of MySpace account "Timberlinebombinfo" and opening message(s) delivered to that account by the government.

in the Western District of Washington, there is now concealed a certain person or property, namely:
(describe the person or property to be seized)

Network level messages, IP addresses, MAC addresses, other variables, and certain registry-type information.
**THIS WARRANT DOES NOT SEEK AUTHORIZATION TO OBTAIN THE CONTENT OF ANY ELECTRONIC COMMUNICATIONS.**
which is (state one or more basis for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

Evidence of a crime

concerning a violation of Title _18_ United States Code, Section(s) _875(c); 1030(a)(5)(A)(i) and (B)(iv)._ The facts to support a finding of Probable Cause are as follows:

See attached Affidavit of Special Agent Norman B. Sanders, Jr.

Continued on the attached sheet and made a part hereof.        (X) Yes        ( ) No

_____
Signature of Affiant
NORMAN B. SANDERS, JR.

Sworn to before me, and subscribed in my presence:

June _12_, 2007        _2 pm_        at        Seattle, Washington
Date                                               City and State

JAMES P. DONOHUE, United States Magistrate Judge        _James P. Donohue_
Name and Title of Judicial Officer                              Signature of Judicial Officer

FILED ___ ___ ENTERED
___ LODGED ___ RECEIVED

JUN 1 2 2007   LK

CLERK AT SEATTLE
U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY



**AFFIDAVIT**

MS07   0883 JPD

STATE OF WASHINGTON                )
                                   )   ss:
COUNTY OF KING                     )

Norman B. Sanders Jr., being duly sworn on oath, deposes and says:

1.    I am a Special Agent for the Federal Bureau of Investigation ("FBI"), and have been such for the past five years.  Prior to becoming a Special Agent, I was employed by the FBI as a Computer Forensic Examiner, for six and one-half years.  I am currently assigned to the Seattle Office's Cyber Crime Squad, which investigates various computer, and Internet-related federal crimes.

2.    My experience as an FBI Agent has included the investigation of cases involving Computer Intrusions, Extortion, Internet Fraud, Identity Theft, Crimes Against Children, Intellectual Property Rights, and other federal violations involving computers and the Internet.  I have also received specialized training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, cyber crimes computer evidence identification, computer evidence seizure and forensic processing, and various other criminal laws and procedures.  I have personally participated in the execution of arrest warrants and search warrants involving the search and seizure of computers and electronic evidence, as well as paper documents and personal belongings.

3.    I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations and to make arrests for federal felony offenses.

4.    Relative to this investigation, my duties include the investigation of offenses including violations of Title 18, United States Code, Sections 875(c) (Interstate Transmission of Communication Containing Threat to Injure), and 1030(a)(5)(A)(i) and

Affidavit of Norm Sanders for CIPAV
USAO# 2007R00791

1 | (B)(iv) (Computer Intrusion Causing a Threat to Public Safety).

2 |      5.   I submit this affidavit in support of the application of the United States for

3 | a search warrant. This search warrant pertains to the Government's planned use of a

4 | specialized technique in a pending criminal investigation. Essentially, if a warrant is

5 | approved, a communication will be sent to the computer being used to administer

6 | www.myspace.com [1] ("MySpace") user account "Timberlinebombinfo".

7 |     The communication to be sent is designed to cause the above referenced

8 | computer to transmit data, in response, that will identify the computer and/or the

9 | user(s) of the computer.[2]  In this manner, the FBI may be able to identify the computer

10 | and/or user of the computer that are involved in committing criminal violations of

11 | United States Code specifically, Title 18, United States Code, Sections 875(c)

12 | (Interstate Transmission of Communication Containing Threat to Injure), and

13 | 1030(a)(5)(A)(i) and (B)(iv) (Computer Intrusion Causing a Threat to Public Safety).

14 |     More specifically, the United States is applying for a search warrant authorizing:

15 |        a).    the use of a Computer & Internet Protocol Address[3] ("IP address")

16 |

---

17 | [1]    MySpace is a international free service that uses the Internet for online communication through
an interactive social network of photos, videos, weblogs, user profiles, blogs, e-mail, instant
18 | messaging, web forums, and groups, as well as other media formats. MySpace users are capable of
customizing their user webpage and profile. Users are also capable of searching or browsing other
19 | MySpace webpages and adding other users as "friends". If the person identified approves your
"friend" request, he or she will be added to your list of friends. Users are capable of sending MySpace
20 | messages and posting comments on other user's MySpace webpages.

21 | [2]    In submitting this request, the Government respectfully does not concede that a reasonable
expectation of privacy exists in the internet protocol address assigned by a network service provider or
22 | other provider to a specific user and used to address and route electronic communications to and from
that user. Nor does the government concede that a reasonable expectation of privacy is abridged by the
23 | use of this communication technique, or that the use of this technique to collect a computer's IP
address, MAC address or other variables that are broadcast by the computer whenever it is connected
24 | to the Internet, constitutes a search or seizure.

25 | [3]    Conceptually, IP addresses are similar to telephone numbers, in that they are used to identify
computers that exchange information over the Internet. An IP address is a unique numeric address
26 | used to direct information over the Internet and is a series of four numbers, each in the range 0-255,
separated by periods (e.g., 121.56.97.178). In general, information sent over the Internet must
27 | contain an originating IP address and a destination IP address, which identify the computers sending
and receiving the information. Section 216 of the USA Patriot Act (P.L. 107-56) amended 18 U.S.C.
28 | §§3121 *et seq* to specifically authorize the recovery of "addressing" and "routing" information of

1   Verifier ("CIPAV") in conjunction with any computer that administers MySpace user

2   account "Timberlinebombinfo" (http://www.myspace.com/timberlinebombinfo),

3   without prior announcement within ten days from the date this Court authorizes the use

4   of the CIPAV;

5          b).     that the CIPAV may cause any computer - wherever located - that

6   activates any CIPAV authorized by this Court (an "activating computer") to send

7   network level messages[4] containing the activating computer's IP address and/or MAC

8   address,[5] other environment variables, and certain registry-type information[6] to a

9   computer controlled by the FBI;

10          c).     that the FBI may receive and read within ten days from the date

11   this Court authorizes the use of the CIPAV, at any time of day or night, the information

12   that any CIPAV causes to be sent to the computer controlled by the FBI; and

13          d).     that, pursuant to 18 U.S.C. §3103a(b)(3), to satisfy the notification

14

---

15   electronic As used here, a network-level message refers to an exchange of technical information
     between computers.   communications by a pen register/trap & trace order.

16

17   [4]     Such messages work in established network protocols, determining, for example, how a given
     communication will be sent and received.  Every time a computer connected to a local area network
18   (LAN) or to the Internet connects to another computer on the LAN or the Internet, it broadcasts
     network-level messages, including its IP address, and/or media access control (MAC) address, and/or
19   other "environment variables." A MAC address is an unique numeric address of the network interface
     card in a computer.  Environment variables that may be transmitted include: operating system type and
20   version, browser type and version, the language the browser is using, etc. These network-level
     messages also often convey network addressing information, including origin and destination
21   information.  Network-level messages are used to make networks operate properly, transparently, and
     consistently.
22

23   [5]     Computers that access, and communicate on LANs do so via a network interface card (NIC)
     installed in the computer.  The NIC is a hardware device and every NIC contains its own unique MAC
24   address.  Every time a computer connected to a LAN communicates on the LAN, the computer
     broadcasts its MAC address.
25

     [6]     As used here, "registry-type information" refers to information stored on the internal hard
26   drive of a computer that defines that computer's configuration as it relates to a user's profile.  This
     information includes, for example, the name of the registered owner of the computer and the serial
27   number of the operating system software installed. Registry information can be provided by a
     computer connected to the Internet, for example, when that computer connects to the Internet to request
28   a software upgrade from its software vendor.

Affidavit of Norm Sanders for CIPAV
USAO# 2007R00791

1    requirement of Federal Rule of Criminal Procedure 41(f)(3), the FBI may delay
2    providing a copy of the search warrant and the receipt for any property taken until no
3    more than thirty (30) days after such time as the name and location of the owner or user
4    of the activating computer is positively identified or a latter date as the court may, for
5    good cause shown, authorize.  Provision of a copy of the search warrant and receipt
6    may, in addition to any other methods allowed by law, be effectuated by electronic
7    delivery of true and accurate electronic copies (e.g. Adobe PDF file) of the fully
8    executed documents.

9        6.    I am thoroughly familiar with the information contained in this Affidavit,
10   which I have learned through investigation conducted with other law enforcement
11   officers, review of documents, and discussions with computer experts.  Because this an
12   application for a search warrant and pen register, not every fact known about the
13   investigation is set forth, but only those that are pertinent to the application.  As a result
14   of the investigation, I submit there is probable cause to believe the MySpace
15   "Timberlinebombinfo" account, e-mail account "dougbriggs123@gmail.com"; e-mail
16   account "dougbrigs@gmail.com"; e-mail account "dougbriggs234@gmail.com"; e-mail
17   account "thisisfromitaly@gmail.com"; and e-mail account
18   "timberline.sucks@gmail.com" have been used to transmit interstate communications
19   containing threats to injure, and involve computer intrusion causing a threat to public
20   safety in violation of Title 18, United States Code, Sections 875(c) and 1030(a)(5)(A)(i)
21   and (B)(iv).  I further submit that there is probable cause to believe that using a CIPAV
22   in conjunction with the target MySpace account (Timberlinebombinfo) will assist in
23   identifying the individual(s) using the activating computer to commit these violations of
24   the United States Code.

25       7.    In general, a CIPAV utilizes standard Internet computer commands
26   commonly used commercially over local area networks (LANs) and the Internet to
27   request that an activating computer respond to the CIPAV by sending network level

28

1  messages, and/or other variables, and/or registry information, over the Internet[7] to a

2  computer controlled by the FBI.  The exact nature of these commands, processes,

3  capabilities, and their configuration is classified as a law enforcement sensitive

4  investigative technique, the disclosure of which would likely jeopardize other on-going

5  investigations and/or future use of the technique.  As such, the property to be accessed

6  by the CIPAV request is the portion of the activating computer that contains

7  environmental variables and/or certain registry-type information; such as the

8  computer's true assigned IP address, MAC address, open communication ports, list of

9  running programs, operating system (type, version, and serial number), internet

10  browser and version, language encoding, registered computer name, registered

11  company name, current logged-in user name, and Uniform Resource Locator (URL)

12  that the target computer was previously connected to.

13       8.    An Internet Service Provider (ISP) normally controls a range of several

14  hundred (or even thousands) of IP addresses, which it uses to identify its customers'

15  computers.  IP addresses are usually assigned "dynamically": each time the user

16  connects to the Internet, the customer's computer is randomly assigned one of the

17  available IP addresses controlled by the ISP.  The customer's computer retains that IP

18  address until the user disconnects, and the IP address cannot be assigned to another

19  user during that period.  Once the user disconnects, however, that IP address becomes

20  available to other customers who connect thereafter.  ISP business customers will

21  commonly have a permanent, 24-hour Internet connection to which a "static" (i.e.,

22  fixed) IP address is assigned.  Practices for assigning IP addresses to Internet users

23  vary, with many providers assigning semi-persistent numbers that may be allocated to a

24  single user for a period of days or weeks.

25       9.    Every time a computer accesses the Internet and connects to a web site,

26

27  [7]    The "Internet" is a global computer network, which electronically connects computers and
allows communications and transfers of data and information across state and national boundaries.  To
gain access to the Internet, an individual utilizes an Internet Service Provider (ISP).  These ISP's are

28  available worldwide.

1   that computer broadcasts its IP address along with other environment variables.

2   Environment variables, such as what language the user is communicating in, allows the

3   web site to communicate back and display information in a format that the computer

4   accessing the web site can understand.  These environment variables, including but not

5   limited to, the IP address and the language used by the computer, may assist in locating

6   the computer, as well as provide information that may help identify the user of the

7   computer.

8        10.    The hard drives of some computers contain registry-type information.  A

9   registry contains, among other things, information about what operating system

10   software and version is installed, the product serial number of that software, and the

11   name of the registered user of the computer.  Sometimes when a computer accesses the

12   Internet and connects to a software vendor's web site for the purpose of obtaining a

13   software upgrade, the web site retrieves the computer's registry information stored on

14   its internal hard drive.  The registry information assists the software vendor in

15   determining if that computer is running, among other information, a legitimate copy of

16   their software because the registry information contains the software's product

17   registration number.  Registry information, such as the serial number of the operating

18   system software and the computer's registered owner, may assist in locating the

19   computer and identifying its user(s).

20

21                     **THE  INVESTIGATION**

22      11.    On May 30, 2007, a handwritten note was discovered on the premises of

23   the Timberline High School in Lacey, Washington.  Subsequently, school

24   administrators ordered an evacuation of the students based on the handwritten bomb

25   threat note.

26          a).    On June 4, 2007, Timberline High School received a bomb threat

27   e-mail from sender: "dougbriggs123@gmail.com".  The Unknown Subject(s)

28   (UNSUB) stated in the e-mail "I will be blowing up your school Monday, June 4,

1  2007.  There are 4 bombs planted throughout timberline high school.  One in the math

2  hall, library hall, main office and one portable.  The bombs will go off in 5 minute

3  intervals at 9:15 AM."  In addition, the UNSUB(s) stated, "The email server of your

4  district will be offline starting at 8:45 am."  The UNSUB(s) launched a Denial-of-

5  Service (DOS)[8] attack on the Lacey School District computer network, which caused

6  over 24,000,000 hits on the system within a 24 hour period.  School administrators

7  ordered an evacuation of the school on June 4, 2007.

8          b).  On June 5, 2007, the UNSUB(s) sent an e-mail from

9  "dougbrigs@gmail.com" stating the following:

10      < <Read This ASAP> >
    Now that the school is scared from yesturdays fake bomb threat it's
11      now time to get serious.  One in a gym locker, the girls.  It's in a
    locker hidden under a pile of clothes.  The other four I will only
12      say the general location.  One in the Language Hall, One in the
    math hall, One underneath a portable taped with strong ducktape.
13      This bomb will go off if any vibrations are felt.  And the last one,
    Is in a locker.  It is enclosed in a soundproof package, and litteraly
14      undetectable.  I have used a variety of chemicals to make the
    bombs.  They are all different kinds.
15
16      They will all go off at 10:15AM.  Through remote detonation.
  Good Luck.  And if that fails, a failsafe of 5 minutes later.

17  The UNSUB(s) goes on to state:

18      Oh and for the police officers and technology idots at the district
    office trying to track this email and yesturdays email's location.  I  can
19      give you a hint.  The email was sent over a newly made gmail
    account, from overseas in a foreign country.  The gmail account    was
20      created there, and this email and yesturdays was sent from    there.  So
    good luck talking with Italy about getting the identify of    the person
21      who owns the 100Mbit dedicated server

22
        c).  In another e-mail from sender "dougbriggs234@gmail.com"
23  the UNSUB(s) states the following:
24
    Hello Again.  Seeing as how you're too stupid to trace the email
25      back lets get serious." [The UNSUB(s) mentions 6 bombs set to

26  _____

27  [8]    A DOS attack is an Internet based computer attack in which a compromised system attacks a
single target, thereby causing a denial of service for users of the targeted computer system.  The flood
of incoming messages to the target system essentially forces it to shut down, thereby denying service to
28  the system to legitimate users.  The DOS attack is generally targeted at a particular network service,
such as e-mail or web access.
Affidavit of Norm Sanders for CIPAV
USAO# 2007R00791

detonate between 10:45-11:15 AM, and adds] Seriously, you are     not
going to catch me. So just give up. Maybe you should hire         Bill
Gates to tell you that it is coming from Italy. HAHAHA Oh          wait I
already told you that. So stop pretending to be "tracing it"   because I
have already told you it's coming from Italy. That is          where trace
will stop so just stop trying. Oh and this email will be        behind a
proxy behind the Italy server.

        d).    School administrators ordered an evacuation of the school on June

5, 2007.

        e).    On June 6, 2007, Principle Dave Lehnis of Timberline High

School received an e-mail from sender: "dougbriggs911@gmail.com". The e-mail

contained the following text: "ENJOY YOUR LIFE ENDING".

        f).    In another e-mail from "dougbriggs911@gmail.com," the

UNSUB(s) states the following,

Well hello Timberline, today is June 6, 2007 and I"M just emailing
you today to say that school will blow up and that's final! There
are 2 bombs this time (Iran short on money to buy things at home
depot). They will go off at exactly 10:45:00 AM. One is on
located on a portable. And the other is somewhere else. Keep
trying to 'trace' this email. The only thing you will be able to
track is that it came from Italy. There is no other information that
leads it back to the United States in any way so get over it.
You should hire Bill Gates to track it for you. HAHAHAHA. He
will just tell you that it came from over seas, so if you have close
relations with the POPE you might get some information. But
other than that, have fun looking in Italy. :-)
Also, stop advising teachers to no show this email to classmates.
Everyone would be ammused by this email and I might stop if you
do. Funny how I can trick you all into thinking that I included my
name to show that it isn't me, because who the hell would put their
name? Or is that just what I want you to think.
And yet again, this email was sent from overseas to a newly made
email account that has
already been deleted of all information by the time you read this
email. Get your ass on a plane to Italy if you want it to stop.

        g).    School administrators ordered an evacuation of the school on

June 6, 2007.

        h).    On June 7, 2007, Timberline High School received an e-mail from

sender "thisisfromitaly@gmail.com." The UNSUB(s) states:

1         "There are 3 bombs planted in the school and they're all different
        kinds.  I have premade these weeks in advance and tested the timers
2         to make sure they work to exact millisecond.  Locking the doors is
        a good plan, but too late."

3

4         i).     School administrators ordered an evacuation of the school on

5 June 7, 2007.

6

7         j).     On June 7, 2007, the UNSUB(s) posted three of the threatening

8 e-mails in the comments section of the online news publication service, "theolympian".

9 The administrator from theolympian.com" removed the threatening e-mail postings.

10 Shortly thereafter, the UNSUB(s) re-posted the threatening e-mails.  Eventually, the

11 administrator of "theolympian.com" disabled the "Comments" section.

12

13         k).     On June 7, 2007, Detective Jeremy Knight, Lacey Police

14 Department (LPD), received information from the Thurston County Sheriff's Office,

15 which had revealed a complaint from a person identified as AG.  AG stated that she

16 received an invitation through myspace.com from the MySpace profile of

17 "Timberlinebombinfo" wanting her to post a URL link to

18 http://bombermails.hyperphp.com on her myspace.com webpage.  The UNSUB(s)

19 advised her that failure to comply would result in her name being associated with future

20 bomb threats.  Similarly, Knight received a phone call from a parent alleging that her

21 son received the same request from the UNSUB(s).  According to Knight, 33 students

22 received a request from the UNSUB(s) to post the link on their respective myspace.com

23 webpages.  Subsequent interviews performed by Knight yielded limited information.

24

25         l).     On June 7, 2007, VW and BP received MySpace private invitations

26 from an individual utilizing the MySpace moniker "Timberlinebombinfo".  VW

27 accepted the invitation from "Timberlinebombinfo" and received an America Online

28 Instant Message (AIM) from an individual utilizing AIM screen name

1  "Alexspi3ring_09." Communication ceased with "Alexspi3ring_09" after VW

2  requested additional information related to the bomb threats. VW believed screen name

3  "Alexspi3ring_09" was associated to ALEX SPIERING, a student at Timberline High

4  School. VW stated "Alexspi3ring_09" and "Timberlinebombinfo" used to have the

5  identical graphic on their MySpace webpage. "Timberlinebombinfo" recently changed

6  his/her graphic from a picture of guns to a picture of a bomb.

7

8      m).    On June 7, 2007, Thurston County School District reported ALEX

9  SPIERING resides at 6133 Winnwood Loop SE, Olympia, WA, 98513, telephone (360)

10 455-0569, date of birth ▓▓▓▓▓▓, 19▓▓.

11

12     n).    On June 8, 2007, Comcast Internet, Thorofare, New Jersey,

13 reported that residential address 6133 Winnwood Loop SE, Olympia, WA, 98513

14 received Comcast Internet services for the following subscriber:

15     Sara Spiering

16     6133 Winnwood Loop SE, Lacey, WA 98513

17     Telephone (360) 455-0569

18     Dynamically Assigned Active Account

19     Account Number: 8498380070269681

20

21     o).    On June 8, 2007, Thurston County School District received two

22 additional bomb threat e-mails from "Timberline.Sucks@gmail.com," which resulted in

23 the evacuation of the Timberline High School.

24

25 12.    On June 4, 2007, Google provided subscriber, registration, and IP Address

26 log history for e-mail address "dougbriggs123@gmail.com" with the following results:

27     Status: Enabled (user deleted account)

28     Services: Talk, Search History, Gmail

1  Name: Doug Briggs

2  Secondary Email:

3  Created on:  03-Jun-2007

4  Lang: en

5  IP: 80.76.80.103

6  LOGS: All times are displayed in UTC/GMT

7  dougbriggs123@gmail.com

8  Date/Time                          IP

9  04-Jun-2007 05:47:29 am      81.27.207.243

10  04-Jun-2007 05:43:14 am      80.76.80.103

11  03-Jun-2007 06:19:44 am      80.76.80.103

12

13        a).    On June 6, 2007, a SmartWhoIs lookup of IP Address 80.76.80.103

14  resolved to Sonic S.R.L, Via S.Rocco l, 24064, Grumello Del Monte, Italy,

15  Phone: +390354491296, E-mail: Staff@sonic.it.  Your affiant connected to

16  http://sonic.it, which displayed an Italian business webpage for Sonic SRL Internet

17  Service Provider.

18

19        b).    On June 7, 2007, a request to MySpace for subscriber and IP

20  Address logs for MySpace user "Timberlinebombinfo" provided the following results:

21      User ID:           199219316

22      First Name:        Doug

23      Last Name:         Briggs

24      Gender:            Male

25      Date of Birth:     12/10/1992

26      Age:               14

27      Country:           US

28      City:              Lacey

Affidavit of Norm Sanders for CIPAV
USAO# 2007R00791

| | | |
|---|---|---|
| 1 | Postal Code: | 985003 |
| 2 | Region: | Western Australia |
| 3 | Email Address: | timberline.sucks@gmail.com |
| 4 | User Name: | timberlinebombinfo |
| 5 | Sign up IP Address: | 80.76.80.103 |
| 6 | Sign up Date: | June 7, 2007 7:49PM |
| 7 | Delete Date: | N/A |
| 8 | Login Date | June 7, 2007 7:49:32:247 PM   IP Address 80.76.80.103 |

10        c).    FBI Seattle Division contacted FBI Legate Attache Rome, Italy and

11 an official request was provided to the Italian National Police requesting assistance in

12 contacting Sonic SRL and locating the compromised computer utilizing IP Address

13 80.76.80.103.

14        d).    On June 7, 2007, the System Administrator for the

15 www.theolympian.com advised the posting of the bomb threat e-mails originated from

16 IP Address 192.135.29.30. A SmartWhois lookup resolved 192.135.29.30 to "The

17 National Institute of Nuclear Physics (INFN), LNL - Laboratori Nazionali di Legnaro,

18 Italy".

19     13.    Based on my training, experience, and the investigation described herein, I

20 know the following among other things:

21        a).    that network level messages, including the originating IP address

22 and MAC address, other variables, and certain registry-type information of a computer

23 can be used to assist in identifying the individual(s) using that computer; and

24        b).    the individual(s) using the aforementioned activated computer

25 utilized compromised computers to conceal their true originating IP address and thereby

26 intentionally inhibiting the individual(s)' identification. Compromised computers are

27 generally infected with computer viruses, trojans, or other malevolent programs, which

28 can allow a user the ability to control computer(s) on the Internet or particular services

1    of compromised computer(s) without authorization. It is common for individuals
2    engaged in illegal activity to access and control compromised computer(s) to perform
3    malicious acts in order to conceal their originating IP addresses.

4        14.    Based on training, experience, and the investigation described herein, I
5    have concluded that using a CIPAV on the target MySpace "Timberlinebombinfo"
6    account may assist the FBI to determine the identities of the individual(s) using the
7    activating computer. A CIPAV's activation will cause the activating computer to send
8    network level messages, including the activating computer's originating IP address and
9    MAC address, other variables, and certain registry-type information. This information
10   may assist the FBI in identifying the individual(s) using the activating computers.

11       15.    The CIPAV will be deployed through an electronic messaging program
12   from an account controlled by the FBI. The computers sending and receiving the
13   CIPAV data will be machines controlled by the FBI. The electronic message deploying
14   the CIPAV will only be directed to the administrator(s) of the "Timberlinebombinfo"
15   account.

16           a).    Electronic messaging accounts commonly require a unique user
17                  name and password.

18           b).    Once the CIPAV is successfully deployed, it will conduct a one-
19                  time search of the activating computer and capture the information
20                  described in paragraph seven.

21           c).    The captured information will be forwarded to a computer
22                  controlled by the FBI located within the Eastern District of
23                  Virginia.

24           d).    After the one-time search, the CIPAV will function as a pen register
25                  device and record the routing and destination addressing information
26                  for electronic communications originating from the activating
27                  computer.

28

1     e).    **The pen register will record IP address, dates, and times of the**

2     **electronic communications, but not the contents of such**

3     **communications or the contents contained on the computer, and**

4     **forward the IP address data to a computer controlled by the**

5     **FBI, for a period of (60) days.**

6

7                 **CONCLUSION**

8     16.    Based upon my review of the evidence, my training and experience, and

9 information I have gathered from various computer experts, I have probable cause to

10 believe that deploying a CIPAV in an electronic message directed to the administrator(s)

11 of the MySpace "Timberlinebombinfo" account will assist in identifying a computer and

12 individual(s) using the computer to transmit bomb threats and related communications in

13 violation of Title 18, United States Code Sections 875(c) and 1030(a)(5)(A)(i) and

14 (B)(iv).

15     17.    Because notice as required by Federal Rule of Criminal Procedure

16 41(f)(3) would jeopardize the success of the investigation, and because the investigation

17 has not identified an appropriate person to whom such notice can be given, I hereby

18 request authorization to delay such notice until an appropriate person is identified.

19 Further, assuming providing notice would still jeopardize the investigation after an

20 appropriate person to receive notice is identified, I request permission to ask this Court

21 to authorize an additional delay in notification.  In any event, the United States

22 government will notify this Court when it identifies an appropriate person to whom to

23 give notice, so that this Court may determine whether notice shall be given at that time.

24     18.    Because there are legitimate law enforcement interests that justify an

25 unannounced use of the CIPAV and review of the messages generated by the activating

26

27

28

Affidavit of Norm Sanders for CIPAV
USAO# 2007R00791

1  computer in this case,[9] I ask this Court to authorize the proposed use of a CIPAV

2  without the prior announcement of its use.  One of these legitimate law enforcement

3  interests is that announcing the use of the CIPAV would assist a person controlling the

4  activating computer(s) to evade revealing its true IP address, other variables, and certain

5  registry-type information - thereby defeating the CIPAV's purpose.

6       19.    Rule 41(e)(2) requires that (A) the warrant command the FBI "to execute

7  the warrant within a specified time no longer than 10 days" and (B) "execute the

8  warrant during the daytime unless the judge for good cause expressly authorizes

9  execution at another time..."  In order to comply with Rule 41, the Government will

10 only deploy CIPAV between the hours of 6:00 a.m. and 10:00 p.m. (PST) during an

11 initial 10-day period.  However, the Government seeks permission to read any messages

12 generated by the activating computer as a result of a CIPAV at any time of day or night

13 during the initial 10-day period.  This is because the individuals using the activating

14 computer may activate the CIPAV after 10:00 p.m. or before 6:00 a.m., and law

15 enforcement would seek to read the information it receives as soon as it is aware of the

16 CIPAV response given the emergent nature of this investigation.  If the CIPAV is not

17 activated within the initial 10-day period, the Government will seek further authorization

18 from the Court to read any information sent to the computer controlled by the FBI as a

19 result of that CIPAV after the 10th day from the date the Court authorizes the use of the

20 first CIPAV.

21      20.    Because the FBI cannot predict whether any particular formulation of a

22 CIPAV to be used will cause a person(s) controlling the activating computer to activate

23 a CIPAV, I request that this Court authorize the FBI to continue using additional

24 CIPAV's in conjunction with the target MySpace account (for up to 10 days after this

25 warrant is authorized), until a CIPAV has been activated by the activating computer.

26

27 [9]     See Wilson v. Arkansas, 514 U.S. 927, 936 (1995) (recognizing that "law enforcement

28 interests may . . . establish the reasonableness of an unannounced entry.")

1   21.   Accordingly, it is respectfully requested that this Court issue a search
2  warrant authorizing the following:

3   a).   the use of multiple CIPAVs until one CIPAV is activated by the
4  activating computer in conjunction with the target MySpace "Timberlinebombinfo"
5  account, without prior announcement, within 10 days from the date this Court authorizes
6  the use of the first CIPAV;

7   b).   the CIPAV may cause an activating computer - wherever located -
8  to send network level messages containing the activating computer's IP address, and/or
9  MAC address, and/or other variables, and/or certain registry-type information to a
10  computer controlled by the FBI and located within the Eastern District of Virginia;

11   c).   that the FBI may receive and read, at any time of day or night,
12  within 10 days from the date  the Court authorizes of use of the CIPAV, the information
13  that any CIPAV causes to be sent to the computer controlled by the FBI;

14   d).   that once the FBI has received an initial CIPAV response from the
15  activating computer consisting of network level messages containing the activating
16  computer's IP address, and/or MAC address, and/or other variables, and/or certain
17  registry-type information, the FBI will thereafter only be collecting the types of
18  addressing and routing information that can be collected pursuant to a pen register
19  order; and

20   e).   that, pursuant to 18 U.S.C. §3103a(b)(3), to satisfy the notification
21  requirement of Federal Rule of Criminal Procedure 41(f)(3), the FBI may delay
22  providing a copy of the search warrant and the receipt for any property taken until no
23  more than thirty (30) days after such time as the name and location of the individual(s)
24  using the activating computer is positively identified or a latter date as the court may,
25  for good cause shown, authorize.  Provision of a copy of the search warrant and receipt
26  may, in addition to any other methods allowed by law, be effectuated by electronic
27  delivery of true and accurate electronic copies (e.g. Adobe PDF file) of the fully
28  executed documents.

1       22.     It is further requested that this Application and the related documents be

2 filed under seal. The information to be obtained is relevant to an on-going investigation.

3 Premature disclosure of this Application and related documents may jeopardize the

4 success of the above-described investigation.

5       WHEREFORE, Affiant respectfully requests that a warrant be issued authorizing

6 the FBI to utilize a CIPAV and receive the attendant information according to the terms

7 set forth in this Affidavit.

8

9      **THIS APPLICATION DOES NOT SEEK AUTHORIZATION TO OBTAIN THE CONTENT OF ANY ELECTRONIC COMMUNICATIONS, AND THE**

10 **WARRANT WILL SO SPECIFY.**

11

12                       Norman B. Sanders

13                       Special Agent
                      Federal Bureau of Investigation

14 Sworn to and subscribed before
me this ___12th___ day of June, 2007

15

16

17                       Hon. James P. Donohue
                      United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28