AO 106 (Rev. 8/98) Search Warrant

# United States District Court

WESTERN DISTRICT OF WASHINGTON

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

any computer accessing electronic message(s) directed to administrator(s) of MySpace account "Timberlinebombinfo" and opening message(s) delivered to that account by the government.

___FILED ___ENTERED
___LODGED ___RECEIVED

JUN 2 1 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

MJ07-5114

SEARCH WARRANT

CASE MS07-088 JPD

**FILED UNDER SEAL**

To: NORMAN B. SANDERS, JR., and any Authorized Officer of the United States.

Affidavit(s) having been made before me by NORMAN B. SANDERS, JR., who has reason to believe that ( ) on the person of or (X) on the property or premises known as (name, description and/or location)

Any computer accessing electronic message(s) directed to administrator(s) of MySpace account "Timberlinebombinfo" and opening message(s) delivered to that account by the government.

in the Western District of Washington, there is now concealed a certain person or property, namely:
(describe the person or property)

Network level messages, IP addresses, MAC addresses, other variables, and certain registry-type information.
**THIS WARRANT DOES NOT SEEK AUTHORIZATION TO OBTAIN THE CONTENT OF ANY ELECTRONIC COMMUNICATIONS.**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish ground for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _June 22, 2007_  JPD
                                                        Date         /deployment
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in review JPD
daytime -- 6:00 AM to 10:00 PM) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to **a United States Magistrate Judge** as required by law.

June 12, 2007  2pm                          at Seattle, Washington
Date and Time                                City and State

JAMES P. DONOHUE, U.S. Magistrate Judge      [signature]
Name and Title of Judicial Officer            Signature of Judicial Officer

07-MJ-05114-RCPT

USAO No. 2007R00791

# RETURN

| DATE WARRANT RECEIVED | DATE & TIME WARRANT EXECUTED | COPY OF WARRANT & RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6-12-2007 | 6-13-2007   5:49PM | N/A |

INVENTORY MADE IN THE PRESENCE OF
N/A - EXECUTED ON INTERNET

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1 CDROM CONTAINING CIPAV RESULTS.

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_/s/ N. B. Sub_

Subscribed, sworn to, and returned to me this date.

_/s/ James P. Donohue_     June 21, 2007

U.S. Judge or Magistrate          Date